FILED
2021 Mar-12  PM 03:01
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| **BILLY JAY CHAMLEE, JR,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  Case No. 4:21-CV-00021-CLM |
| | ) |
| **UNUM GROUP** | ) |
| **CORPORATION, et al.,** | ) |
| | ) |
| Defendants. | ) |

## DISMISSAL ORDER

Plaintiff Billy Jay Chamlee, Jr., Defendant Unum Group Corporation, and Defendant Unum Life Insurance Company of America have filed a Joint Motion to Dismiss Group Insurance Plan of Bluescope Steel North America as a Party (doc. 5). They ask for Defendant Groupe Insurance Plan of Bluescope Steel North America ("Bluescope") to be dismissed without prejudice under Rule 21. The court hereby **ORDERS** that Defendant Bluescope shall be, and is, **DIMISSED** WITHOUT PREJUDICE.

Costs taxed as paid.

**DONE** and **ORDERED** this 12th day of March, 2021.

                                                _/s/ Corey L. Maze_
                                                **COREY L. MAZE**
                                                UNITED STATES DISTRICT JUDGE